IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK HAYHURST,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | **8:19CV220**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 93). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, without costs or disbursements to any of the parties.

Dated this 21st day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge